UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case: 08 C 525 |
| EDWARD R. BROWN, Plaintiff | Judge Marovich<br>Mag. Judge Denlow |
| v. | |
| CITY OF CHICAGO et al., Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**T. Derouin, K. Stoll, and City of Chicago** Defendants.

| | |
|---|---|
| SIGNATURE<br>    /s/ Marcy M. Labedz    ASSISTANT CORPORATION COUNSEL | |
| FIRM<br>    CITY OF CHICAGO. DEPT. OF LAW-INDIVIDUAL DEFENSE DIVISION | |
| STREET ADDRESS<br>    30 N. LaSALLE STREET, SUITE 1400 | |
| CITY/STATE/ZIP<br>    CHICAGO, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>    06279219 | TELEPHONE NUMBER<br>    (312) 744-3982 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES **X**    NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES **X**    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES **X**    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |