UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD R. BROWN | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | NO. 08 C 525 |
| | ) | |
| P.O. T. DEROUIN, STAR NO. 7619 and | ) | |
| P.O. K. STOLL, STAR NO. 14421, individually, | ) | JUDGE MAROVICH |
| and the CITY OF CHICAGO | ) | MAGISTRATE JUDGE DENLOW |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION TO
ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, the City of Chicago ("Defendant City") and Chicago Police Officers Thomas Derouin and Kevin Stoll, ("Defendant Officers"), by one of their attorneys, Marcy M. Labedz, Assistant Corporation Counsel for the City of Chicago, respectfully request this Honorable Court to enlarge the time in which Defendans may answer or otherwise plead to Plaintiff's Complaint, up to and including April 30, 2008. In support thereof, Defendants state as follows:

1. Plaintiff's Complaint was filed on January 24, 2008. Defendant City has been served. Defendant Officers have been served on February 28, 2008.

2. The undersigned has filed an appearance for Defendants on today's date.

3. Defendant City's answer or responsive pleading is due at this time. Defendant Officers' answer or responsive pleading is due on or about March 19, 2008.

4. Defendants' attorney has not been able to review the file, and has not been able to meet with her clients. Defendants' attorney will not be able to meet with her clients until the early part of April.

5. This Motion is Defendants' first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues.

6. Plaintiff's counsel, Leslie McCoy, has no objection to the extension of time requested herein.

**WHEREFORE,** Defendants respectfully request that this Honorable Court grant an extension of time up to and including April 30, 2008, to answer or otherwise plead to Plaintiff's Complaint.

Respectfully submitted,

/s/ Marcy M. Labedz
MARCY M. LABEDZ
Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-3982
(312) 744-6566
Attorney No. 06279219

March 11, 2008

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have caused a true and correct copy of **DEFENDANTS' AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**, and **NOTICE OF MOTION** to be served on the person(s) named in the foregoing Notice, via electronic mail, at the address therein stated, on March 11, 2008.

/s/ Marcy M. Labedz
MARCY M. LABEDZ