UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWARD R. BROWN ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> P.O. T. DEROUIN, STAR NO. 7619 and ) <br> P.O. K. STOLL, STAR NO. 14421, individually, ) <br> and the CITY OF CHICAGO ) <br> ) <br> Defendants. ) | NO.  08 C 525 <br><br> JUDGE MAROVICH <br> MAGISTRATE JUDGE DENLOW |

**NOTICE OF AGREED MOTION**

TO:   Leslie C. McCoy
      ED FOX & ASSOCIATES
      300 W. Adams, Suite 330
      Chicago, IL 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Marovich or before such other Judge sitting in his place or stead, on **Tuesday, March 18, 2008 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 11th day of March 2008.

                                        Respectfully submitted,

                                        /s/ Marcy M. Labedz
                                        Marcy M. Labedz

30 North LaSalle St., Suite 1400
Chicago, Illinois  60602
(312) 744-3982
Attorney No.  06279219