IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **EDWARD R. BROWN**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 08 C 525 |
| | ) | |
| v. | ) | Judge Marovich |
| | ) | |
| **P.O. T. DEROUIN, STAR NO. 7619 and** | ) | Magistrate Judge Denlow |
| **P.O. K. STOLL, STAR NO. 14421, individually,** | ) | |
| **and the CITY OF CHICAGO.** | ) | |
| | ) | |
| Defendants. | ) | JURY DEMANDED |

## JOINT INITIAL STATUS REPORT

A. This matter is set for status at May 6, 2008 at 11:00 A.M.

B. The attorneys of record for each party:

   1. Edward M. Fox, Lead Attorney for Plaintiff; anticipated to try the case
   2. Leslie C. McCoy, Attorney for Plaintiff; anticipated to try the case
   3. Marcy M. Labedz, Lead Attorney for Defendants; anticipated to try the case

C. This action arises under the United States Constitution and 42 U.S.C. § 1983. This court has jurisdiction under and by virtue of 28 U.S.C. Sections 1343, 1331, and 1367.

D. Plaintiff made a jury demand in Plaintiff's Complaint. Defendants made a jury demand in their Answer to Plaintiff's Complaint.

E. A brief statement of the nature of the case:

   1. The parties agree on the following factual and legal issues:
       a. Plaintiff was arrested by Defendants on October 26, 2006 at approximately 7:55 p.m. Defendant Stoll signed a criminal complaint against Plaintiff for possession of a controlled substance and those charges were *nolle prossed*.

   2. The following factual and legal issues are in dispute:
       a. Plaintiff alleges that he was arrested in the vicinity of 7830 S. Essex in Chicago. Defendants state that Plaintiff was arrested in the vicinity of 7812 S. Essex.
       b. Plaintiff alleges that he was falsely arrested. Defendants deny that Plaintiff was falsely arrested.

   c. Plaintiff alleges that he was unlawfully searched. Defendants deny that Plaintiff was unlawfully searched.
   d. Plaintiff alleges a state claim for Malicious Prosecution. Defendants deny the state claim of Malicious Prosecution. Further, Defendants state that the Plaintiff's claim for Malicious Prosecution is Defendants believe it is barred by the statute of limitations.

F. Plaintiff's damages are not subject to itemization and computation at this time.

G. All parties have been served.

H. A brief description of all anticipated motions.

  a. At this time, the only anticipated motion is Defendants' Motion to Dismiss Count III, state claim of Malicious Prosecution, since Defendants believe it is barred by the statute of limitations.

I. Outline of scheduling order required by Fed. R. Civ. P. 26(f)

1. The parties have not propounded discovery at this time. The parties will engage in written and oral discovery.
2. The parties propose that all fact discovery should be commenced in time to be completed by October 15, 2008. The Plaintiff to disclose his experts, including expert reports, by October 30, 2008, and Defendants to disclose their experts, including expert reports, by November 15, 2008. The parties propose that all expert discovery be completed by December 15, 2008.
3. All potential dispositive motions should be filed within 30 days after the close of all discovery.

J. The parties expect to be ready for trial by February 2009. The trial is expected to last 3-4 days.

K. No settlement discussions have been held. Defendants have asked for a demand in this case.

L. The parties do not unanimously consent to proceed before the magistrate judge at this time.

Date: May 1, 2008

By: */s/* Leslie C. McCoy         */s/* Marcy M. Labedz
  Leslie C. McCoy           Marcy M. Labedz
  Attorney for Plaintiff          Attorney for Defendants
  ED FOX & ASSOCIATES       City of Chicago, Dept. of Law.
  300 W. Adams Street, Suite 330     30 N. LaSalle St., Suite 1400
  Chicago, IL 60606          Chicago, IL 60602
  (312) 345-8877            (312) 744-3982

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **EDWARD R. BROWN**, ) | | |
| ) | | |
| Plaintiff, ) | Case No.: 08 C 525 | |
| ) | | |
| v. ) | Judge Marovich | |
| ) | | |
| **P.O. T. DEROUIN, STAR NO. 7619 and** ) | Magistrate Judge Denlow | |
| **P.O. K. STOLL, STAR NO. 14421, individually,** ) | | |
| **and the CITY OF CHICAGO.** ) | | |
| ) | | |
| Defendants. ) | | |

**NOTICE OF FILING**

To:   Marcy M. Labedz
      Assistant Corporation Counsel
      30 N. LaSalle St., Suite 1400
      Chicago, IL 60602

**PLEASE TAKE NOTICE** that on May 1, 2008, the undersigned filed with the Clerk of this Court, **JOINT INITIAL STATUS REPORT**, service of which is being made upon you.

s/Leslie C. McCoy
Leslie C. McCoy
ED FOX & ASSOCIATES
300 West Adams, Suite 330
Chicago, IL 60606
(312) 345-8877

**PROOF OF SERVICE**

I, Leslie C. McCoy, an attorney, under penalty of perjury, and state that on May 1, 2008, service is being made in accordance with the General Order on Electronic Case Filing section XI.

s/Leslie C. McCoy
Leslie C. McCoy