UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Edward R. Brown
                Plaintiff,

v.                            Case No.: 1:08−cv−00525
                                Honorable George M. Marovich

T. Derouin, et al.
                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Morton Denlow for the purpose of holding proceedings related to: discovery supervision.(clw, )Mailed notice.

Dated: May 6, 2008

                                                      /s/ George M. Marovich

                                                      United States District Judge