**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **EDWARD R. BROWN**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 08 C 525 |
| | ) | |
| v. | ) | Judge Marovich |
| | ) | |
| **P.O. T. DEROUIN, STAR NO. 7619 and** | ) | Magistrate Judge Denlow |
| **P.O. K. STOLL, STAR NO. 14421, individually,** | ) | |
| | ) | |
| Defendants | ) | |
| | ) | **JURY DEMANDED** |

**FIRST AMENDED COMPLAINT**

**JURISDICTION AND VENUE**

1. This action arises under the United States Constitution and the Civil Rights Act of 1871 [42 U.S.C. Section 1983]. This court has jurisdiction under and by virtue of 28 U.S.C. Sections 1343, 1331, and 1367.

2. Venue is founded in this judicial court upon 28 U.S.C. Section 1391 as the acts complained of arose in this district.

**PARTIES**

3. At all times herein mentioned, Plaintiff EDWARD BROWN ("Brown") was and now is a citizen of the United States.

4. At all times herein mentioned, Defendants T. DEROUIN Star No. 7619 ("Derouin"), and K. STOLL Star No. 14421 ("Stoll"), were members of the City of Chicago Police Department, and were acting under color of state law and as the employees, agents or representatives of the City of Chicago. These officers are being sued in their individual/personal capacities.

## **FACTUAL ALLEGATIONS**

5. On October 26, 2006, Plaintiff was in the vicinity of 7830 S. Essex Ave., Chicago, Illinois.

6. At that place and date, Defendants arrived at Plaintiff's location.

7. Defendants then made an unlawful search of Plaintiff.

8. Plaintiff was then handcuffed, arrested and transported to the police station. There was no probable or legal cause for the arrest.

9. Plaintiff was then charged and then prosecuted for the crime of possession of a controlled substance. There was no legal cause to believe that Plaintiff should be charged with any crime.

10. All criminal charges against the Plaintiff were dismissed on or about November 14, 2006. The charges were terminated in Plaintiff's favor.

11. Plaintiff did not consent to any of the acts above described.

12. By reason of the above-described acts and omissions of Defendants, Plaintiff sustained physical injuries, humiliation, and indignities, and suffered great physical, mental, and emotional pain and suffering all to his damage in an amount to be ascertained.

13. The aforementioned acts of Defendants were willful, wanton, malicious, oppressive and done with reckless indifference to and/or callous disregard for Plaintiff's rights and justify the awarding of exemplary and punitive damages in an amount to be ascertained according to proof at the time of trial.

14. By reason of the above-described acts and omissions of Defendants, Plaintiff was required to retain an attorney to institute, prosecute and render legal assistance to him in the within action so that he might vindicate the loss and impairment of his rights. By reason thereof,

Plaintiff requests payment by defendants of a reasonable sum for attorney's fees pursuant to 42 U.S.C. Section 1988, the Equal Access to Justice Act or any other provision set by law.

## COUNT I

### PLAINTIFF AGAINTST DEFENDANTS DEROUIN AND STOLL FOR THE CIVIL RIGHTS CLAIM OF FALSE ARREST

15. Plaintiff hereby incorporates and re-alleges paragraphs one (1) through fourteen (14) as though fully alleged at this place.

16. By reason of Defendants' conduct, Plaintiff was deprived of rights, privileges and immunities secured to him by the Fourth Amendment to the Constitution of the United States and laws enacted thereunder.

17. Defendants caused the arrest of Plaintiff unreasonably and without probable or any legal cause to believe that Plaintiff had committed any crime. Therefore, Defendants and each of them are liable for false arrest under 42 U.S.C. § 1983.

## COUNT II

### PLAINTIFF AGAINST DEFENDANTS DEROUIN AND STOLL FOR THE CIVIL RIGHTS CLAIM OF UNLAWFUL SEARCH

18. Plaintiff hereby incorporates and re-alleges paragraphs one (1) through fourteen (14) as though fully set forth at this place.

19. By reason of Defendants' conduct, Plaintiff was deprived of rights, privileges and immunities secured to them by the Fourth and/or Fourteenth Amendment to the Constitution of the United States and laws enacted thereunder.

20. Defendants unlawfully searched Plaintiff without Plaintiff's consent, unreasonably, and without legal cause. Therefore, Defendants, and each of them, are liable for an

unlawful search under 42 U.S.C. § 1983.

## COUNT III

**PLAINTIFF AGAINST ALL INDIVIDUAL DEFENDANTS FOR VIOLATION OF CIVIL RIGHTS – DUE PROCESS VIOLATIONS**

21.     Plaintiff hereby incorporates and re-alleges paragraphs 1 – 20, as though set forth herein in their entirety.

22.     The defendants deprived Plaintiff of fair criminal proceedings by engaging in multiple acts which include, but are not limited to, not disclosing known exculpatory evidence, perjuring themselves, submitting false charges as contained in the criminal complaints, submitting false police reports, and otherwise acting to deny plaintiff a fair criminal proceeding.

23.     The acts described in the preceding paragraph were directed toward plaintiff, were intentional and material, and therefore were in violation of plaintiff's due process rights.

24.      By reason of the conduct of the individual defendants, Plaintiff was deprived of rights, privileges and immunities secured to him by the due process clause of the Fifth and Fourteenth Amendments to the Constitution of the United States and laws enacted thereunder. Therefore, the individual defendants and each of them, is liable to plaintiff pursuant to 42 U.S.C. §1983.


        WHEREFORE, Plaintiff, Edward Brown, by and through his attorneys, Ed Fox & Associates, request judgment as follows against Defendants, and each of them on all claims:

        1.     That Defendants be required to pay the Plaintiff, general damages, including emotional distress, in a sum to be ascertained;

        2.     That Defendants be required to pay the Plaintiff special damages in a sum to be ascertained;

  3. That Defendants, except the City of Chicago, be required to pay Plaintiffs attorneys' fees pursuant to Section 1988 of Title 42 of the United States Code, the Equal Access to Justice Act or any other applicable provision (except not on Count III);

  4. That Defendants Derouin and Stoll be required to pay Plaintiff's punitive and exemplary damages in a sum to be ascertained;

  5. That Defendants be required to pay Plaintiff's costs of the suit herein incurred; and

  6. That Plaintiff have such other and further relief as this Court may deem just and proper.

              BY: */s/* Leslie C. McCoy
                 Leslie C. McCoy

ED FOX & ASSOCIATES
Attorneys for Plaintiff
300 West Adams Street
Suite 330
Chicago, Illinois 60606
(312) 345-8877

## **PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**

              BY: */s/* Leslie C. McCoy
                 Leslie C. McCoy

ED FOX & ASSOCIATES
Attorneys for Plaintiff
300 West Adams Street
Suite 330
Chicago, Illinois 60606
(312) 345-8877

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **EDWARD R. BROWN**, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 08 C 525 |
| | ) | |
| v. | ) | Judge Marovich |
| | ) | |
| **P.O. T. DEROUIN, STAR NO. 7619 and** | ) | Magistrate Judge Denlow |
| **P.O. K. STOLL, STAR NO. 14421, individually,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:  Marcy M. Labedz
    Assistant Corporation Counsel
    30 N. LaSalle St., Suite 1400
    Chicago, IL 60602

**PLEASE TAKE NOTICE** that on May 7, 2008, the undersigned filed with the Clerk of this Court, **PLAINTIFF'S FIRST AMENDED COMPLAINT**, service of which is being made upon you.

                                                                  s/Leslie C. McCoy
                                                                 Leslie C. McCoy
                                                                 ED FOX & ASSOCIATES
                                                                 300 West Adams, Suite 330
                                                                 Chicago, IL 60606
                                                                 (312) 345-8877

## PROOF OF SERVICE

I, Leslie C. McCoy, an attorney, under penalty of perjury, and state that on May 7, 2008, service is being made in accordance with the General Order on Electronic Case Filing section XI.

                                                                  s/Leslie C. McCoy
                                                                  Leslie C. McCoy