IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD R. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 525 |
| | ) | |
| P.O. T. DEROUIN, STAR NO. 7619 and | ) | JUDGE MAROVICH |
| P.O. K. STOLL, STAR NO. 14421, individually, | ) | |
| and the CITY OF CHICAGO. | ) | MAG. JUDGE DENLOW |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## AMENDED NOTICE OF MOTION

TO:   Leslie C. McCoy and Ed Fox
ED FOX & ASSOCIATES
300 W. Adams, Suite 330
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on July 21, 2008, I have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION FOR ENTRY OF PROTECTIVE ORDER,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Denlow or before such other Judge sitting in his place or stead, on **Wednesday, July 30, 2008 at 9:15 a.m.**, or as soon thereafter as counsel may be heard, United States District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached Motion.

**DATED** at Chicago, Illinois this 25th day of July 2008.

Respectfully submitted,

/s/ Marcy M. Labedz
Marcy M. Labedz

30 North LaSalle Street
Suite 1400
Chicago, Illinois  60602
(312) 744-3982
Attorney No.  06279219

1