UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Edward R. Brown
                    Plaintiff,

v.                                          Case No.: 1:08−cv−00525
                                                       Honorable George M. Marovich

T. Derouin, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

      MINUTE entry before the Honorable Morton Denlow: Motion hearing held on 7/30/2008 regarding motion for protective order[21]. Motion for protective order [21] is granted. Parties to submit a draft of the proposed protective order. Motions terminated: MOTION by Defendants T. Derouin, K. Stoll, City of Chicago for protective order[21] Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.